FILED
2010 OCT 21 AM 8:17

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF | |
| v. | CR 10-1119 |
| 2) ROBERT LEE CAMPBELL JR., aka "Bink," aka "Yank," | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT(S). | |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/21/10    4:30    ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building)  Yes ☑    No ☐
3. Charges under which defendant has been booked:
   21 U.S.C. Sections 841, 846
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1968
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A)
12. Does the defendant have retained counsel? ☑ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: Calvin Thomas   Time: 7:00 ☑ AM ☐ PM
14. Remarks (if any): _____

15. Date: 10/21/10
16. Name: Scott Garringer/Shawn Nelson (Please Print)
17. Agency: USAO- CDCA
18. Signature: _____
19. Office Phone Number: 213-894-2417/5339

CR-64 (06/09)    REPORT COMMENCING CRIMINAL ACTION