# UNTIED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>)<br>)<br>vs. )<br>)<br>ROBERT LEE CAMPBELL, JR., )<br>)<br>            Defendant. ) | No.   CR-10-01119-SJO-2<br><br>**RECOMMENDATION ORDER RE: HOUSING TRANSFER FOR DEFENDANT ROBERT LEE CAMPBELL TO SANTA ANA JAIL** |

**TO: UNITED STATES BUREAU OF PRISONS AND UNITED STATES MARSHAL'S SERVICE AND THE STATE OF STAFF OF SANTA ANA JAIL:**

**GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT**

That the United States Marshall's Service and the United States Bureau of Prisons transfer the above named defendant, ROBERT LEE CAMPBELL, JR. be transferred to the Santa Ana Jail and continue to house him at the Santa Ana Jail pending the conclusion of the above entitled case.

Dated this 20TH day of January, 2011

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

CC: US Marshal

**ORDER RE: HOUSING TRANSFER**

- 1-