UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 10-01119 SJO** | Date | January 20, 2011 |
|---|---|---|---|

| Present: The Honorable | S. James Otero |
|---|---|
| Interpreter | |

| Victor Paul Cruz | Not Present | Scott Garringer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Roberto Lee Campbell, JR., | not | xx | | George Paul Trejo | not | | xx |

**Proceedings:**    IN CHAMBERS

In re Defendant's motion to amend/reconsider detention order [458], government counsel shall file a response by Wednesday, January 26, 2011.  Matter will stand submitted.

:

Initials of Deputy Clerk